Argued January 20, affirmed February 7, 1978

WORSHAM, *Appellant,*
*v.*
WEYERHAEUSER CO., *Respondent.*
(No. 77-676, CA 9327)
573 P2d 1277

Gary D. Rossi, Coos Bay, argued the cause for appellant. With him on the brief was Stevenson, Rossi, Lesan & Johansen, Coos Bay.

Paul L. Roess, Coos Bay, argued the cause for respondent. With him on the brief was Newhouse, Foss, Whitty & Roess, Coos Bay.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

Claimant contends that contrary to the Determination Order which was affirmed by referee, Board and circuit court, he is permanently totally disabled. We do not so find.

Affirmed.